UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: GROUPON DERIVATIVE LITIGATION | No. 12 C 5300<br><br>Judge Joan H. Lefkow |

STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE AMENDED COMPLAINT

Plaintiffs and Defendants, through their respective counsel and subject to approval of the Court stipulate that the time for Plaintiffs to file their Amended Complaint shall be continued from July 16, 2012 to July 30, 2012.

AGREED:

Plaintiffs

By: s/ *Marvin A. Miller*
Marvin A. Miller

Individual Defendants

By: s/ *Howard S. Suskin*
Howard S. Suskin

Groupon, Inc.

By: s/ *Todd C. Jacobs*
Todd C. Jacobs
Gary M. Miller

IT IS SO ORDERED.

Joan H. Lefkow
United States District Judge

7-13-2012