Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 5300 | **DATE** | 7/31/2012 |
| **CASE TITLE** | In Re: Groupon Derivative Litigation | | |

**DOCKET ENTRY TEXT**

Enter Opinion and Order. For the reasons stated in the Opinion and Order, defendants' motion to stay the derivative action pending the resolution of the related securities class action (#51 in Case No 12 C 2507) is granted in part and denied in part. This action is stayed pending the resolution of a motion to dismiss in *In re Groupon, Inc. Securities Litigation*, Case No. 12-CV-2450, and (if the case goes forward) the court has directed the defendants to answer. Thereafter, the court and the parties may reevaluate the need for a stay.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|