**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: GROUPON DERIVATIVE LITIGATION | ) ) ) ) ) ) ) | Master Docket No. 1:12-cv-5300<br><br>Hon. Andrea R. Wood<br><br>Hon. Mary M. Rowland |

**PLAINTIFFS' AGREED MOTION FOR ENTRY OF PROPOSED ORDER
REGARDING SETTLEMENT PROCEDINGS**

Plaintiffs in the above-captioned action, by their undersigned counsel, respectfully submit this Motion for Entry of Agreed [Proposed] Order Regarding Settlement Proceedings ("Agreed Motion"). In support of their Agreed Motion, Plaintiffs state as follows:

1. On December 2, 2016, a Stipulation of Settlement, (the "Stipulation"), was made and entered into by and among (i) Plaintiffs Christine Lutz, Chad Martin, Theresa Monturano, Shawn Potter, Rajeev Tipnis, and Kent Wong (the "Federal Court Plaintiffs") in this consolidated action, *In re Groupon Derivative Litigation,* Case No. 1:12-cv-5300 (N.D. Ill.) individually and derivatively on behalf of nominal defendant Groupon, Inc.; ("Groupon" or the "Company"); (ii) Plaintiffs Hansel Orrego and Jayeon Kim (the "State Court Plaintiffs") in the consolidated action, *Orrego & Kim v. Lejkosky, et al.,* Case No.: 2012-CH-12420 (Consolidated with 2012-CH-19431) (Ill. Cir. Ct., Cook Cnty., Ch. Div.), individually and derivatively on behalf of nominal Defendant Groupon, Inc.;, (iii) Defendants Peter Barris, Jason Child, Joseph Del Preto, Kevin J. Efrusy, Mellody Hobson, Bradley A. Keywell, Eric P. Lefkofsky, Theodore J. Leonsis, Andrew D. Mason, and Howard Schultz (the "Individual Defendants"); and (iv) nominal Defendant Groupon.

2. On December 29, 2016, the State Court Plaintiffs, joined by the Federal Court Plaintiffs, filed Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Memorandum of Law in Support along with a copy of the Stipulation in the state court derivative action pending before Judge Franklin U. Valderrama in the Circuit Court of Cook County, Chancery Division.

3. The Stipulation contains a provision that requires Plaintiffs' Counsel within ten business days after filing of the Stipulation and application for entry of the Preliminary Approval Order with the State Court, to file an Agreed Order with the Federal Court stating that: (i) the case has been settled; (ii) the motion for preliminary approval and notice have been filed in the State Court; (iii) upon entry of the Judgment by the State Court, the parties will file an Agreed Motion for Voluntary Dismissal with Prejudice of the Federal Action; and (iv) the stay of proceedings in the Federal Court will continue unless and until (subject to section 6.1 of the Stipulation) the Stipulation is in any way cancelled or terminated.

4. Accordingly, Plaintiffs have prepared the Proposed Agreed Order attached hereto as Exhibit A which has been approved by the Defendants.

5. The next status hearing in this action is presently scheduled for March 30, 2017 at 9:00 a.m. (Dkt. No. 55).

WHEREFORE, for all of the foregoing reasons, Plaintiffs respectfully request that this Court grant their Agreed Motion and enter the Proposed Order Regarding Settlement Proceedings attached hereto as Exhibit A.

Dated January 13, 2017	Respectfully submitted,

By: /s/ Theodore B. Bell
Theodore B. Bell
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC**
70 West Monroe Street, Suite 1400
Chicago, Illinois 60602
Tel: (312) 984-0000

Fred Taylor Isquith
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600

Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
**HARWOOD FEFFER LLP**
488 Madison Avenue
New York, New York 10022
Tel: (212) 935-7400

*Plaintiffs' Co-Lead Counsel*

Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, Illinois 60603
Tel: (312) 332-3400

*Plaintiffs' Liaison Counsel*

3