**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: GROUPON DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) No. 1:12-cv-5300<br><br>Judge Andrea R. Wood |

**ORDER REGARDING SETTLEMENT PROCEEDINGS**

THIS COURT, having considered Plaintiffs' Agreed Motion for Entry of Order Regarding Settlement Proceedings,

AND WHEREAS, On December 2, 2016, a Stipulation of Settlement, (the "Stipulation"), was made and entered into by and among (i) Plaintiffs Christine Lutz, Chad Martin, Theresa Monturano, Shawn Potter, Rajeev Tipnis, and Kent Wong (the "Federal Court Plaintiffs") in this consolidated action, *In re Groupon Derivative Litigation,* No. 1:12-cv-5300 (N.D. Ill.) individually and derivatively on behalf of nominal defendant Groupon; (ii) Plaintiffs Hansel Orrego and Jayeon Kim (the "State Court Plaintiffs") in the consolidated action, *Orrego & Kim v. Lejkosky, et al.,* Case No. 2012-CH-12420 (Consolidated with 2012-CH-19431) (Ill. Cir. Ct., Cook Cnty., Ch. Div.), individually and derivatively on behalf of nominal defendant Groupon, Inc.; (iii) Defendants Peter Barris, Jason Child, Joseph Del Preto, Kevin J. Efrusy, Mellody Hobson, Bradley A. Keywell, Eric P. Lefkofsky, Theodore J. Leonsis, Andrew D. Mason, and Howard Schultz (the "Individual Defendants"); and (iv) nominal Defendant Groupon.

AND WHEREAS, On December 29, 2016 the State Court Plaintiffs, joined by the Federal Court Plaintiffs, filed Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Memorandum of Law in Support along with a copy of the Stipulation in the state

court derivative action pending before Judge Franklin U. Valderrama in the Circuit Court of Cook County, Chancery Division.

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED, and by agreement of the parties:

1. Upon entry of the Judgment by the State Court, the parties will file an Agreed Motion for Voluntary Dismissal with Prejudice of the Federal Action; and

2. The Stay of Proceedings in this Action will continue unless and until (subject to section 6.1 of the Stipulation) the Stipulation is in any way cancelled or terminated, or as otherwise ordered by this Court.

**IT IS SO ORDERED**:

Dated: January 17, 2017

_____
Andrea R. Wood
United States District Judge