# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: GROUPON DERIVATIVE LITIGATION ) ) ) ) ) ) | Master Docket No. 12-CV-5300<br><br>Hon. Andrea R. Wood<br><br>Hon. Mary M. Rowland |

**AGREED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

This Cause coming to be heard on the Agreed Motion of the Parties for entry of an Agreed Order providing for Voluntary Dismissal with Prejudice of the above-captioned action, due notice having been given and the Court being advised in the premises:

IT IS HEREBY ORDERED:

The above cause hereby is dismissed with prejudice.

Dated: _____    Entered:    _____
                                                                         HON. ANDREA R. WOOD

5