# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: GROUPON DERIVATIVE LITIGATION | Master Docket No. 1:12-cv-5300 <br><br> Hon. Andrea R. Wood <br><br> Hon. Mary M. Rowland |

## NOTICE OF MOTION

TO: ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE** that on Wednesday, April 12, 2017 at 9:00am or as soon thereafter as counsel may be heard, the Plaintiff, by and through his undersigned counsel, shall appear before the Honorable Andrea R. Wood or any Judge sitting in her stead, in the Courtroom usually occupied by her in Courtroom 1925 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present *Plaintiff's Agreed Motion for Voluntary Dismissal With Prejudice*.

Dated: April 6, 2017

Respectfully submitted,

By: /s/ Theodore B. Bell
Theodore B. Bell
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
70 W. Madison St., Suite 1400
Chicago, IL 60602
Tel: (312) 984-0000
Fax: (312) 214-3110
tbell@whafh.com