# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: GROUPON DERIVATIVE LITIGATION | Master Docket No. 12-cv-5300 <br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Mary M. Rowland |

## AGREED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

This Cause coming to be heard on the Agreed Motion of the Parties for entry of an Agreed Order providing for Voluntary Dismissal with Prejudice of the above-captioned action (Dkt. No. 61), due notice having been given and the Court being advised in the premises:

IT IS HEREBY ORDERED:

The motion is granted and the above cause hereby is dismissed with prejudice.

Dated: April 7, 2017         Entered: _____
ANDREA R. WOOD
United States District Judge